

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-18-00363-CV

———————————————

DANA WILSON, Appellant

V.

AV CARRIAGE HOUSE ASSOC., Appellee

On Appeal from County Court at Law No. 1
Tarrant County, Texas
Trial Court No. 2018-006584-1

Before Gabriel, Kerr, and Pittman, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

On March 25, 2019, we notified Appellant that her brief had not been filed as the appellate rules require. *See* Tex. R. App. P. 38.6(a). We stated that we could dismiss the appeal for want of prosecution unless appellant filed with the court, no later than April 4, an appellant's brief and an accompanying motion reasonably explaining the delay and the need for an extension. *See* Tex. R. App. P. 10.5(b), 38.8(a)(1), 42.3(b), 44.3. We have received no response.

Because Appellant has failed to file a brief even after we afforded an opportunity to explain the initial failure, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 43.2(f).

Per Curiam

Delivered: May 2, 2019